DOA
9-13-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eduardo Quintero-Ozuna,<br>Ricardo Rivero Pacheco,<br>A097 735 176<br>*Defendant* | Case No. 16 - 8337MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 13, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Eduardo Quintero-Ozuna, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near El Paso, Texas, on or about May 23, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Timothy S. Goodin
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 15, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 13, 2016, Border Patrol Agent Bryan Parsons encountered an individual near Gila Bend, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Eduardo Quintero-Ozuna, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Quintero-Ozuna was transported to the Ajo Border Patrol Station for further processing. Quintero-Ozuna was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Eduardo Quintero-Ozuna to be a citizen of Mexico and a previously deported criminal alien. Quintero-Ozuna was removed from the United States to Mexico through El Paso, Texas, on or about May 23, 2014, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Quintero-Ozuna in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

1

of Homeland Security to return to the United States after his removal. Quintero-Ozuna's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Eduardo Quintero-Ozuna was convicted of Illegal Re-entry after Deportation, a felony offense, on September 21, 2009, in the United States District Court, District of Arizona. Quintero-Ozuna was sentenced to a term of fifty-seven (57) months in prison and three (3) years of supervised release. Quintero-Ozuna's criminal history was matched to him by electronic fingerprint comparison.

5. On September 13, 2016, Eduardo Quintero-Ozuna was advised of his constitutional rights. Quintero-Ozuna freely and willingly acknowledged his rights and agreed to provide a statement under oath. Quintero-Ozuna stated that his true and correct name is Eduardo Quintero-Ozuna and that he a citizen of Mexico. Quintero-Ozuna stated that he entered the United States illegally by walking through the desert near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 13, 2016, Eduardo Quintero-Ozuna, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near El Paso, Texas, on or about May 23, 2014, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Timothy S. Goodin
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 15th day of September, 2016.

_____
John Z. Boyle
United States Magistrate Judge